MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/26/20

**BY ECF**
The Honorable Andrew L. Carter
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Zain Hector*, 20 Cr. 137 (ALC)

Dear Judge Carter:

    The Government respectfully submits this letter to request, with consent from the defendant, to adjourn the status conference currently scheduled on April 15, 2020. The parties are currently engaged in discussions regarding a potential pretrial disposition. Accordingly, the parties believe that a 45-day adjournment of the status conference is warranted so that the parties may continue their discussions.

    For the same reasons, the Government also respectfully moves to exclude time under the Speedy Trial Act from April 13, 2020 to the next scheduled conference. The Government believes that an exclusion of time is in the interest of justice. The defendant consents to the exclusion.

                                  Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

                by: _____
                       Ni Qian
                       Assistant United States Attorney
                       (212) 637-2364

The application is granted. Status
Conference adjourned to 6/12/20
at 10:00 a.m. Time Excluded.
So Ordered.

*/s/ Andrew L. Carter*
4/14/20