UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA          :
                                  :
         -against-                :      20-CR-137 (ALC)
                                  :
                                  :      **ORDER**
ZAIN HECTOR,                      :
                                  :
                  Defendants.     :
                                  :

-----------------------------------------------------------x

**ANDREW L. CA28ER, JR., United States District Judge:**

The July 28, 2020 status conference is adjourned to **September 10, 2020** at **11:00 a.m.**

Accordingly, it is **ORDERED**: the time from July 28, 2020 through September 10, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated: July 24, 2020**
       New York, New York

*Andrew T Carter*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/24/20