USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-1-20_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

UNITED STATES OF AMERICA,  　　　　　　　　20 Cr. 137 (ALC)

**ORDER**

　　　　　-against-

Zain Hector,

　　　　　Defendants.,
------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

　　The October 8, 2020 status conference is adjourned to **January 28, 2021** at **2:00 p.m.**

　　Accordingly, it is ORDERED: the time from October 8, 2020 through January 28, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
　　　　October 1, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE