```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 2-19-21
```

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-                               20-CR-137 (ALC)

ZAIN HECTOR,                                 **ORDER**

                      Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Change of Plea Hearing is set for **February 24, 2021** at **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
            February 19, 2021

                                                      _/s/ Andrew L. Carter, Jr._
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**