March 31, 2020

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-24-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

ZAIN HECTOR          ,
                    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 137   ( ALC   ) (     )

Defendant _____Zain Hector_____ hereby voluntarily consents to participate in the following proceeding via telephone conference

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_x_   To Enter a Guilty Plea

___   Misdemeanor Plea/Trial/Sentence

_____          _____
Defendant's Signature                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____          _____
Print Defendant's Name                   Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

2-24-21                                  _____
Date                                     U.S. District Judge/U.S. Magistrate Judge