USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-15-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,   20 Cr. 137 (ALC)

        Plaintiffs.,   **ORDER**

      -against-

ZAIN HECTOR,

        Defendants.,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

    The Defendant, Zain Hector, USMS# Number: 76393-054 shall surrender to the United States Marshal for this district at 10:00 a.m. on April 15, 2021.

SO ORDERED.

Dated: New York, New York
       April 14, 2021

                                             ANDREW L. CARTER, JR.
                                             UNITED STATES DISTRICT JUDGE