```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 6-16-21
-------------------------------------------------X
United States of America,
                                                    ORDER
                                                    20-CR-137 (ALC)
              -against-


Zain Hector,
-------------------------------------------------X
```

ANDREW L. CARTER, JR., United States District Judge:

The sentencing scheduled for June 25, 2021 is adjourned to **October 7, 2021** at **3:30 p.m.**

    SO ORDERED.

Dated: New York, New York
       June 16, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE