UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                  **ORDER**

                  20-CR-137 (ALC)

  -against-


Zain Hector,
-------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

  Sentencing set for **November 10, 2021** at **1:30 p.m.**

  **SO ORDERED.**

Dated: New York, New York
   October 28, 2021

               _____
               ANDREW L. CARTER, JR.
               UNITED STATES DISTRICT JUDGE